LaMOTTE T. COHU and Another, as Executors, etc., of CHARLOTTE TURCK REILLY, Deceased, Respondents, v. THE TRAVELERS INSURANCE COMPANY, Appellant, Impleaded with Another, Defendant.

*Pleadings — complaint violates Civil Practice Act, § 241, by pleading evidence.*

Appeal from an order of the Supreme Court, made at the New York Special Term and entered in the New York county clerk's office on January 18, 1927, denying a motion of the defendant the Travelers Insurance Company to strike out paragraphs " third " to " eleventh," inclusive, of the complaint.

PER CURIAM. The complaint herein does not conform to the requirements of section 241 of the Civil Practice Act, in that it does not contain a plain and concise statement of the material facts, without unnecessary repetition, on which the plaintiffs rely, and that in said complaint there is contained much of purely evidentiary matter. The order appealed from should, therefore, be reversed, with ten dollars costs and disbursements, and the motion granted, with leave to the plaintiffs, if they wish to prosecute their action, to redraft their complaint, stating plainly and concisely the material facts, without unnecessary repetition, on which they rely, but not the evidence by which such facts are to be proved. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ. Order reversed, with ten dollars costs and disbursements, and motion granted, with leave to the plaintiffs within ten days from service of order to serve a complaint containing a plain and concise statement of the material facts, without unnecessary repetition, upon which they rely, but not the evidence by which such facts are to be proved.